EDWARD H. KUBO, JR.         #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON           #4532
Chief, Major Crimes Section

WES REBER PORTER            #7698
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail:    wes.porter@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. 04-00247 DAE |
| Plaintiff, | GOVERNMENT'S NOTICE OF NON-OBJECTION; CERTIFICATE OF SERVICE |
| vs. | |
| ALLEN HARRIS, | |
| Defendant. | |

**GOVERNMENT'S NOTICE OF NON-OBJECTION**

The UNITED STATES has no objections or other additions to the Proposed Presentence Report in the above-captioned matter.

DATED: March 30, 2006, at Honolulu, Hawaii.

                    EDWARD H. KUBO, JR.
                    United States Attorney
                    District of Hawaii


                    By  /s/ Wes Reber Porter
                       WES REBER PORTER
                       Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known address:

Served by First Class mail:

    RICHARD GRONNA, ESQ.
    820 Mililani Street
    Suite 812
    Honolulu, HI  96813

    Attorney for Defendant
    ALLEN HARRIS

Served by Hand-Delivery:

    **U.S. PROBATION OFFICE**
    Attn: Carter Lee
    300 Ala Moana Boulevard, Room C-110
    Honolulu, Hawaii 96850

DATED:  March 30, 2006, at Honolulu, Hawaii.

/s/ Cheri Abing