Law Office of Richard D. Gronna

RICHARD D. GRONNA #5391
Haseko Center
820 Mililani Street, Suite 502
Honolulu, Hawaii 96813
Telephone: (808) 523-2441
e-mail: rgronna@hawaii.rr.com

Attorney for Defendant
ALLEN HARRIS

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) Cr. No.:04-00247 DAE |
|---|---|
| vs. | ) |
| | ) STIPULATION TO CONTINUE |
| | ) SENTENCING; ORDER GRANTING |
| ALLEN HARRIS, | ) STIPULATION TO CONTINUE |
| | ) SENTENCING |
| Defendant. | ) |
| | ) Old Date: September 29, 2006 |
| | ) New Date: January 8, 2007 |

STIPULATION TO CONTINUE SENTENCING

IT IS HEREBY STIPULATED by and between the Plaintiff, United States of America by Assistant United States Attorney Tracy Hino, and Defendant ALLEN HARRIS, by his attorney Richard D. Gronna, that the Sentencing in this case shall be continued from September 29, 2006, at 8:30 a.m., to January 8, 2007, at 1:30 p.m.

1

Dated: Honolulu, Hawaii, September 8, 2006

_____
TRACY HINO, ESQ.
Assistant United States Attorney

_____
RICHARD D. GRONNA
Attorney for Defendant
ALLEN HARRIS

ORDER

UPON the Stipulation of Counsel and good cause appearing therefore, the Sentencing for the Defendant in this case is continued from September 29, 2006 at 8:30 a.m. to January 8, 2007, at 1:30 p.m.

IT IS SO ORDERED.

Dated: Honolulu, Hawaii, SEP 1 9 2006

_____
JUDGE OF THE ABOVE-ENTITLED COURT

2